```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 05340
   TIMOTHY R MABELEY
   MICHELLE LYNN MABELEY                        CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-5154      SSN XXX-XX-4851
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/12/04 and confirmed on 05/13/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 107790.02 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | 38485.00 | .00 | 38485.00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 8392.40 | .00 | 8392.40 |
| HSBC | SECURED | 13115.00 | .00 | 13115.00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 7500.00 | 1620.95 | 7500.00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | 9725.00 | 2101.68 | 9725.00 |
| AMERICAN GENERAL FINANCE | SECURED | 100.00 | 23.04 | 100.00 |
| CITIBANK NA | SECURED | 340.00 | 74.25 | 340.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 145.41 | .00 | 145.41 |
| ADT SECURITY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7300.52 | .00 | 3164.31 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1111.25 | .00 | 481.66 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5542.63 | .00 | 2402.37 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3610.26 | .00 | 1564.82 |
| FIRST MIDWEST BANK | UNSECURED | 7544.92 | .00 | 3270.24 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 593.53 | .00 | 257.26 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON INC | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 3942.37 | .00 | 1708.76 |
| GMAC PAYMENT CENTER | UNSECURED | 1976.52 | .00 | 856.69 |
| INTERNAL REVENUE SERVICE | UNSECURED | 9.87 | .00 | 4.28 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 77657.40 | 145.41 | 31631.87 | .00 | 109434.68 |
| PRINCIPAL PAID | 77657.40 | 145.41 | 13710.39 | .00 | 91513.20 |
| INTEREST PAID | 3819.92 | .00 | .00 | .00 | 3819.92 |

```
TOTAL PAID               81477.32        145.41      13710.39             .00     95333.12
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   3966.88 .

Refunds to the Debtor totaled $   5790.02 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/14/07                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 05340 TIMOTHY R MABELEY & MICHELLE LYNN MABELEY