```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 05340
   TIMOTHY R MABELEY
   MICHELLE LYNN MABELEY                         CHAPTER 13

                                                 JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-5154     SSN XXX-XX-4851

-------------------------------------------------------------------------------
            TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/12/04 and confirmed on 05/13/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 109790.02 .

   4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
CHASE HOME FINANCE       CURRENT MORTG    38485.00            .00       38485.00
CHASE HOME FINANCE       MORTGAGE ARRE     8392.40            .00        8392.40
HSBC                     SECURED          13115.00            .00       13115.00
GMAC PAYMENT CENTER      SECURED VEHIC     7500.00        1620.95        7500.00
NUVELL CREDIT COMPANY LL SECURED VEHIC     9725.00        2101.68        9725.00
AMERICAN GENERAL FINANCE SECURED            100.00          23.04         100.00
CITIBANK NA              SECURED            340.00          74.25         340.00
INTERNAL REVENUE SERVICE PRIORITY           145.41            .00         145.41
ADT SECURITY SYSTEMS     UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA UNSECURED         7300.52            .00        3164.31
CAPITAL ONE FINANCIAL    UNSECURED         1111.25            .00         481.66
ECAST SETTLEMENT CORPORA UNSECURED         5542.63            .00        2402.37
ECAST SETTLEMENT CORPORA UNSECURED         3610.26            .00        1564.82
FIRST MIDWEST BANK       UNSECURED         7544.92            .00        3270.24
RESURGENT CAPITAL SERVIC UNSECURED          593.53            .00         257.26
SHERMAN HOSPITAL         UNSECURED       NOT FILED            .00             .00
VERIZON INC              UNSECURED       NOT FILED            .00             .00
NUVELL CREDIT COMPANY LL UNSECURED         3942.37            .00        1708.76
GMAC PAYMENT CENTER      UNSECURED         1976.52            .00         856.69
INTERNAL REVENUE SERVICE UNSECURED            9.87            .00            4.28
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
       Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   77657.40     145.41      31631.87         .00     109434.68
PRINCIPAL PAID       77657.40     145.41      13710.39         .00      91513.20
INTEREST PAID         3819.92        .00          .00          .00       3819.92
```

```
TOTAL PAID              81477.32         145.41      13710.39              .00       95333.12
```
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    3966.88 .

Refunds to the Debtor totaled $    7790.02 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/26/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 04 B 05340 TIMOTHY R MABELEY & MICHELLE LYNN MABELEY